UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAROLYN DZANOUCAKIS,

                        Plaintiff,                 **ORDER**
                                                                                                     CV 06-5673 (JFB)(ARL)

          -against-

THE CHASE MANHATTAN BANK, USA,

                        Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     By letter dated November 6, 2007, the plaintiff seeks an extension of the November 16, 2007 deadline for her to provide discovery. According to the plaintiff, she will be out of town from November 15-25 and therefore requests that the deadline be extended until after her return. Alternatively, the plaintiff requests that discovery in this case be stayed pending Judge Bianco's determination of her request stay this case it its entirety. Defendant opposes the application insofar as she seeks to stay discovery. See Wabnik Letter, dated November 8, 2007 .

     The court will briefly extend the deadline to accommodate the plaintiff's schedule. Accordingly, the plaintiff shall provide this discovery by December 7, 2007.

Dated:  Central Islip, New York             **SO ORDERED:**
        November 9, 2007

                                                          _____/s/_____
                                                          ARLENE R. LINDSAY
                                                          United States Magistrate Judge